```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

EMANUEL DELACRUZ,

                Plaintiff,

  - against -

TRADITIONAL MEDICINALS, INC.,

                Defendant.

24-cv-8937 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **January 10, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
            November 25, 2024

                                              John G. Koeltl
                                   United States District Judge