UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

EMANUEL DELACRUZ, ON BEHALF
OF HIMSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

               Plaintiffs,

            v.

TRADITIONAL MEDICINALS, INC.,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

No.: 1:24-cv-8937

**NOTICE OF VOLUNTARY DISMISSAL**

     Plaintiff(s), EMANUEL DELACRUZ, in accordance with Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and

without fees and costs against Defendant, TRADITIONAL MEDICINALS, INC.

Dated:   New York, New York
         Jan. 7, 2025
**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge